# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANTAE A. TRIBBLE,<br><br>                Plaintiff,<br>    v.<br><br>RAYMOND JEFFREY GREENE, et al.<br><br>                Defendants. | )<br>)<br>)<br>) Civil Action No. 15-710 (GK)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of June 2, 2016, Plaintiff Santae Tribble, and Defendants District of Columbia and the former District of Columbia Metropolitan Police officers report that a Settlement Agreement and Release resolving this case has been fully executed. The Defendants are in the process of making the required payments. Once completed, the parties will file a stipulated dismissal with prejudice.

                Respectfully submitted,

                /s/ Jeffrey S. Gutman
                Jeffrey S. Gutman
                2000 G Street, NW
                Washington, DC 20052
                (202) 994-5797 (phone)

                /s/ Alexandra Lampert
                Nick Brustin, NY Bar
                Anna Benvenutti Hoffmann
                Alexandra Lampert
                NEUFELD SCHECK & BRUSTIN, LLP
                99 Hudson Street, 8th Floor
                New York, NY 10013
                (212) 965-9081
                Fax: 212-965-9084
                ***Attorneys for Plaintiff Santae A. Tribble***

                KARL RACINE

Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

JONATHAN PITTMAN
Assistant Deputy Attorney General, Civil Litigation Division

*/s/ Robert A. DeBerardinis, Jr.*
ROBERT A. DEBERARDINIS, JR. [335976]
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
Phone: (202) 724-6642
Fax:  (202) 741-8895

*/s/ Joseph A. Gonzalez*
JOSEPH A. GONZALEZ
Assistant Attorney General
D.C. Bar No. 995057
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
Phone: (202) 724-5692

*Attorneys for the District of Columbia*

**Certificate of Service**

      I hereby certify that on July 28, 2016 I caused a copy of the foregoing *Joint Status Report* to be served electronically on all counsel of record via ECF and to Defendants Bobby Jean Bess and Ronald Marvin Willis at their last known addresses via U.S. mail.

    Bobby Jean Bess
    1475 Euclid St., NW, Apt 102
    Washington, D.C., 20009

    Ronald Marvin Willis
    4230 Livingston Rd., SE, Apt 3
    Washington, D.C., 20032

                                          */s/ Jeffrey S. Gutman*
                                          Jeffrey S. Gutman